## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| YOCHEVED JUNGER and JACQUELINE KATZ, | § § § | |
| vs. | § § § | CIVIL ACTION NO. 4:25-CV-650<br>JURY DEMAND |
| DSQUARED RELATIONSHIPS, PLLC d.b.a.D2 Counseling, DINA HIJAZI, and DANIEL GOWAN, | § § § | |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING:

Defendants' Partial Motion for Summary Judgement be and is hereby **GRANTED**, and all claims for punitive damages are hereby dismissed, with prejudice.