# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| YOCHEVED JUNGER and JACQUELINE KATZ, § § § | |
| vs. § § § | CIVIL ACTION NO. 4:25-CV-650 <br> JURY DEMAND |
| DSQUARED RELATIONSHIPS, PLLC d.b.a.D2 Counseling, DINA HIJAZI, and DANIEL GOWAN, § § § | |

## ORDER TO CONTINUE DEADLINES

The Court GRANTS the Defendants Motion to Continue Deadlines.

IT IS HEREBY ORDERED that the Defendant shall file any objection or motin to strike the Plaintiffs' expert, Dr. Miri Bar-Halpern by February 23, 2026.

IT IS FURTHER ORDERED that the parties shall file motions to dismiss, motions for summary judgment, or other dispositive motions by March 26, 2026.

1